UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :   Hon. Susan D. Wigenton
                                  Criminal No. 10-560

        v.                    :

SUZIE MARIE BOURDOUVALES, JR.  :   <u>ORDER FOR DISMISSAL</u>

        Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of Court endorsed hereon, Paul J. Fishman,

the United States Attorney for the District of New Jersey, hereby

dismisses the Indictment, Criminal No. 10-560, against defendant

Suzie Marie Bourdouvales, Jr., charging the defendant with

impersonation in violation of Title 18, United States Code,

Sections 912, 913 and 2, because further prosecution is not in

the interests of the United States at this time.

        This dismissal is without prejudice.

                            _____
                            PAUL J. FISHMAN
                            United States Attorney


        Leave of Court is granted for the filing of the
foregoing dismissal.

                            _____
                            HON. SUSAN D. WIGENTON
                            United States District Judge


Dated: October 3, 2010.